MOED-0001         DISCLOSURE STATEMENT                              **Clear Form**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| CADENCE COLLINS, individually and as Next Friend of her minor child K.H. | ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) Case No. 2422-CC01642 |
| MEAD JOHNSON & COMPANY, LLC, MEAD JOHNSON NUTRITION COMPANY, and JESSICA MACKEY | ) ) ) ) |
| Defendant(s). | ) |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Mead Johnson & Co. hereby discloses the following:

1.  If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

    a.  Whether it is publicly traded, and if it is, on which exchange(s):
        Mead Johnson & Company, LLC is not publicly traded.

    b.  Its parent companies or corporations (if none, state "none"):
        Mead Johnson & Company, LLC has one member, Mead Johnson Nutrition Company, which is a wholly-owned subsidiary of Reckitt Benckiser PLC.

    c.  Its subsidiaries not wholly owned by the subject (if none, state "none"):
        None

    d.  Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
        None

2.  If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
    Mead Johnson & Company, LLC has its principal place of business in Evansville, Indiana. Mead Johnson Nutriton Company, the sole member of Mead Johnson & Company, LLC, is a Delaware corporation with its principal place of business in Evansville, Indiana.

    Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001             DISCLOSURE STATEMENT

   By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

*/s/ Maureen Bryan*

Signature (Counsel for Plaintiff/Defendant)
Print Name: Maureen Bryan
Address: 7700 Forsyth Blvd, Ste 1800
City/State/Zip: St. Louis, MO 63105
Phone: 314-621-5070

Certificate of Service

   I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: July 22, 20 24.

*/s/ Maureen Bryan*

Signature