# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CADENCE COLLINS, individually and as Next Friend of her minor child K.H., *Plaintiff*, v. MEAD JOHNSON & COMPANY, LLC, MEAD JOHNSON NUTRITION COMPANY, and JESSICA MACKEY, *Defendants*. | Case No. 2422-CC01642 Removed from: The Circuit Court for the City of St. Louis, State of Missouri Jury Trial Demanded |

## PROOF OF SERVICE OF NOTICE OF REMOVAL

Defendants Mead Johnson & Company, LLC and Mead Johnson Nutrition Company gave notice to the Clerk of the Circuit Court of St. Louis City, Missouri, and to Plaintiff Cadence Collins, on behalf of her minor child K.H., that defendants have filed a Notice of Removal and served a copy of the Notice of Removal and exhibits through Plaintiff's attorneys listed below via email on July 22, 2024.

Dated: July 22, 2024

Respectfully submitted,

By: */s/ Maureen Bryan*
Maureen Bryan                    #49454
Colleen A. Kinsey                #71972
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070    FAX: 314.237.1535
mbryan@atllp.com
ckinsey@atllp.com
E-serveBTC@atllp.com

Anthony Anscombe

        Darlene K. Alt
        Khristopher Johnson-DeLoatch    #71953
        STEPTOE LLP
        227 West Monroe Ave., Suite 4700
        Chicago, IL  60606
        aanscombe@steptoe.com
        dalt@steptoe.com
        kdeloatch@steptoe.com

*Attorneys for Defendants Mead Johnson & Company, LLC, Mead Johnson Nutrition Company, and Jessica Mackey*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of July, 2024, the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's Electronic Filing System.

| | |
|---|---|
| John F. Garvey | Ashley Keller (PHV forthcoming) |
| Colleen Garvey | Benjamin J. Whiting (PHV forthcoming) |
| Ellen A. Thomas | Amelia Frankel (PHV forthcoming) |
| STRANCH, JENNINGS & GARVEY, PLLC | KELLER POSTMAN |
| 701 Market Street, Suite 1510 | 150 N. Riverside Plaza, Suite 4270 |
| St. Louis, MO  63101 | Chicago, IL  60606 |
| jgarvey@stranchlaw.com | ack@kellerpostman.com |
| cgarvey@stranchlaw.com | ben.whiting@kellerpotman.com |
| ethomas@stranchlaw.com | amelia.frankel@kellerpostman.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

        */s/ Maureen Bryan*